CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Petty Offense ( )
Misdemeanor ( )
Felony (X)
Juvenile ( )

County of Offense: __Davidson and Others__
AUSA's NAME: __Amanda J. Klopf__

__Pascal Pasha__ (1)
Defendant's Full Name

__In custody__
Defendant's Address

Interpreter Needed?  ___ Yes _x_ No

If Yes, what language? _____

__J. Kevin Cartwright__
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | Title 21, U.S.C. Sections 841(a)(1), and 846. | Conspiracy to possess with intent to distribute 50 grams or more of methamphetamine | Mandatory Minimum of Ten (10) years up to life. | $10,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| Title 21, U.S.C. Section 841(a)(1) | Distribution and Possession with Intent to Distribute 50 grams or more of methamphetamine | Mandatory Minimum of Ten (10) years up to life. | $10,000,000.00 |

Is the defendant currently in custody?        Yes  (X)    No  ( )      If yes, State or Federal? Federal

Has a complaint been filed?        Yes  ( )    No  (x)

    If Yes:  Name of the Magistrate Judge _____  Case No.: _____
           Was the defendant arrested on the complaint?         Yes ( )    No ( )

Has a search warrant been issued?    Yes  ( x )    No  ( )
    If Yes:  Name of the Magistrate Judge  __SEE ATTACHED__    Case No.: _____

Was bond set by Magistrate/District Judge? Yes  ( )    No  (X)        Amount of bond: _____

Is this a Rule 20? Yes ( )  No (X)        To/from what district? _____
Is this a Rule 40? Yes ( )  No (X)        To/from what district? _____

Is this case related to a pending or previously filed case:      Yes ( )      No (x)
    What is the related case number?
    Who is the Magistrate Judge? _____

Estimated trial time:        __3 day__

Bond Recommendation:    __DETAINED__