CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Petty Offense ( )
Misdemeanor ( )
Felony (X)
Juvenile ( )

County of Offense: Davidson and Others
AUSA's NAME: Amanda J. Klopf

(6)

WILLIAM RYAN MACINTYRE
Defendant's Full Name

In custody
Defendant's Address

Interpreter Needed? ___ Yes _x_ No

If Yes, what language? _____

Tom Drake
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | Title 21, U.S.C. Sections 841(a)(1), and 846. | Conspiracy to possess with intent to distribute 50 grams or more of methamphetamine | Mandatory Minimum of Ten (10) years up to life. | $10,000,000.00 |
| 4 | Title 21, U.S.C. Section 841(a)(1) | Distribution and Possession with Intent to Distribute 50 grams or more of methamphetamine | Mandatory Minimum of Ten (10) years up to life. | $10,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| | | | |

Is the defendant currently in custody? Yes (x) No ( ) If yes, State or Federal? Federal

Has a complaint been filed? Yes ( ) No (x)
  If Yes: Name of the Magistrate Judge _____ Case No.: _____
  Was the defendant arrested on the complaint? Yes ( ) No ( )

Has a search warrant been issued? Yes (x) No ( )
  If Yes: Name of the Magistrate Judge  SEE ATTACHED    Case No.: _____

Was bond set by Magistrate/District Judge? Yes ( ) No (X)   Amount of bond: _____

Is this a Rule 20? Yes ( ) No (X)   To/from what district? _____
Is this a Rule 40? Yes ( ) No (X)   To/from what district? _____

Is this case related to a pending or previously filed case:   Yes ( )   No (x)
  What is the related case number?
  Who is the Magistrate Judge? _____

Estimated trial time:    3 day

Bond Recommendation:   DETAINED