UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:17-cr-104 |
| ) | CHIEF JUDGE CRENSHAW |
| PASCAL PASHA, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Motions for Leave to File Under Seal (Doc. Nos. 405, 407, 409, 411, 412, 415, 417, 419, 420, 422, 427, 429, 431, 434, 436, 438, 440, 442, 446, 448) related to sentencing in this matter are **GRANTED**.

Defendant Glenn's Motion to Manually File Video Exhibit (Doc. No. 450) is **GRANTED**. A copy of the video exhibit **SHALL** be delivered to Chambers no later than **5:00 p.m. on Friday, October 26, 2018**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE